IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE Y. GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC K. SHINESEKI, Department of Veterans Affairs,<br><br>    Defendant. | Case No.: 12-cv-02000 JSC<br><br>**ORDER RE: SERVICE AND INITIAL CASE MANAGEMENT CONFERENCE** |

This case was recently reassigned to the undersigned Magistrate Judge. A review of the docket indicates that although Plaintiff filed this civil action on April 23, 2012 Plaintiff has yet to serve the Defendant. (Dkt. No. 1). Plaintiff shall file proof of service of the Summons and Complaint on Defendant by August 31, 2012.

The Case Management Conference is scheduled for September 20, 2012 at 1:30 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The Case Management Statement is due September 13, 2012.

**IT IS SO ORDERED.**

Dated: July 25, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE