IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE Y. GRAY,<br><br>            Plaintiff,<br><br>    v.<br><br>ERIC K. SHINESEKI, Department of Veterans Affairs,<br><br>            Defendant. | Case No.: 12-cv-02000 JSC<br><br>**ORDER TO SHOW CAUSE** |

      This civil action was filed on April 23, 2012. (Dkt. No. 1.) On July 25, 2012, this case was reassigned to the undersigned Magistrate Judge and the Court issued an order requiring Plaintiff to serve Defendant with a copy of the summons and complaint by August 31, 2012. (Dkt. No. 5.) The order also scheduled a Case Management Conference for September 20, 2012. To date, Plaintiff has not served Defendant or communicated with the Court in any way. Plaintiff also failed to appear for the Case Management Conference on September 20, 2012.

      Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to serve Defendant in accordance with the Court's order and failure to appear for the Case Management Conference. Plaintiff shall appear and show cause on October 25, 2012 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall submit a written response to this Order by October 18, 2012 showing

1  cause as to why this action should not be dismissed for failure to prosecute. Failure to comply
2  with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).
3  **IT IS SO ORDERED.**

5  Dated: September 20, 2012

6  _____
   JACQUELINE SCOTT CORLEY
7  UNITED STATES MAGISTRATE JUDGE